

Entered on Docket
October 12, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: October 12, 2021

_____
Charles Novack
U.S. Bankruptcy Judge

James A. Shepherd - SBN 264400
LAW OFFICES OF JAMES SHEPHERD
2121 N. California Blvd, Suite 290
Walnut Creek, CA 94596
Tel (925) 954-7554
Fax (925) 281-2341
Email: jim@jsheplaw.com

Attorneys for Debtor/Movant
TAMARA TAYLOR REEDER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TAMARA TAYLOR REEDER,<br><br>  Debtor. | Case No. 16-40949 CN<br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL CONFERENCE ON DEBTOR'S MOTION FOR ENTRY OF CONTEMPT ORDER AND FOR DAMAGES FOR CREDITOR'S WILLFUL VIOLATION OF DEBTOR'S DISCHARGE INJUNCTION UNDER 11 U.S.C. §§ 105(a) and 524(a)(2)<br><br>Continued Pretrial Conference:<br>November 5, 2021 @ 11:00 a.m.<br><br>Trial Date:<br>*TBD* at Continued Pretrial Conference |

THIS COURT, having reviewed the stipulation between debtor and movant Tamara Taylor Reeder and respondents Ronald Eichman and Law Offices of Jason W. Estavillo, PC, to continue the pretrial conference in the above-referenced matter and grant related relief (Stipulation), and finding good cause to grant the relief requested by the Stipulation, HEREBY ORDERS THAT:

1. The Stipulation is APPROVED.
2. The pretrial conference scheduled for October 15, 2021 is CONTINUED to November 5, 2021 at 11:00 a.m.
3. A trial date shall be established at the continued pretrial conference.
4. No further notice of this continuance is required.

* * END OF ORDER * *

## COURT SERVICE LIST

[None - ECF Parties Only]