```
James A. Shepherd - SBN 264400
LAW OFFICES OF JAMES SHEPHERD
2121 N. California Blvd, Suite 290
Walnut Creek, CA 94596
Tel (925) 954-7554
Fax (925) 281-2341
Email: jim@jsheplaw.com

Counsel for Debtor/Movant
TAMARA TAYLOR REEDER
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TAMARA TAYLOR REEDER,<br><br>Debtor. | Case No. 16-40949 CN<br>Chapter 7<br><br>**WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF CONTEMPT ORDER AND FOR DAMAGES FOR CREDITOR'S WILLFUL VIOLATION OF DEBTOR'S DISCHARGE INJUNCTION UNDER 11 U.S.C. §§ 105(a) and 524(a)(2); CERTIFICATE OF SERVICE** |

TO THE COURT, THE DEBTOR CREDITORS/RESPONDENTS AS TO THE ABOVE-REFERENCED MOTION, AND OTHER PARTIES INTEREST HEREIN:

PLEASE TAKE NOTICE that debtor/movant Tamara Taylor Reeder hereby WITHDRAWS her Motion for Entry of Contempt Order and for Damages for Creditor's Willful Violation of Debtor's Discharge Injunction under 11 U.S.C. §§ 105(a) and 524(a)(2) [Dkt No. 186 herein].

LAW OFFICES OF JAMES SHEPHERD

Dated: October 26, 2021      By: /s/ James A. Shepherd
                                  Attorney for Debtor/Movant
                                  TAMARA TAYLOR REEDER

# CERTIFICATE OF SERVICE

I, James A. Shepherd, state that I am over the age of eighteen years and not a party to the within action; that my business address is Law Offices of James Shepherd, 2121 N. California Blvd, Suite 290, Walnut Creek, CA 94596; and that on the date below, I caused to be served a copy of the within court-filed

**WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF CONTEMPT ORDER AND FOR DAMAGES FOR CREDITOR'S WILLFUL VIOLATION OF DEBTOR'S DISCHARGE INJUNCTION UNDER 11 U.S.C. §§ 105(a) and 524(a)(2); CERTIFICATE OF SERVICE**,

electronically through the court's ECF system on parties entitled to electronic notice in this case, and by email and by first-class mail at Oakland, California, postage prepaid, on the parties listed below:

Mr. Ronald Eichman
c/o Law Offices of Jason W. Estavillo
1330 Broadway Suite 436
Oakland, CA 94612

Jason W. Estavillo, Esq.
jason@estavillolaw.com

Eric A. Nyberg, Esq.
Kornfield Nyberg Bendes Kuhner Little, PC
1970 Broadway Ste 600
Oakland, CA 94612-2218
e.nyberg@kornfieldlaw.com

Executed at Oakland, California on October 26, 2021. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ James A. Shepherd